**FILED
CLERK**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

12:20 pm, May 06, 2021

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Margherite Palazzo, individually and on behalf of all others similarly situated,

         Plaintiffs,

-against-

Honeydew Products LLC,

         Defendant.

Case No. 2:21-cv-00576

**Notice of Voluntary Dismissal with Prejudice**

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/6/2021

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: May 5, 2021

         Respectfully submitted,

         By: */s/ Jason P. Sultzer*
         Jason P. Sultzer, Esq.
         **THE SULTZER LAW GROUP P.C.**
         85 Civic Center Plaza, Suite 200
         Poughkeepsie, NY 12601
         Tel.: (845) 483-7100
         *sultzerj@thesultzerlawgroup.com*

         *Counsel for Plaintiff*